KLEIN'S RAPID SHOE REPAIR CO., INC., Respondent, v. 120-122 EAST 14TH STREET CORPORATION, Appellant, Impleaded with Another.— Judgment affirmed,

with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.